UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                :

CHRISTIAN XAVIER REVELLO,
                                                :

          Plaintiff,                            ORDER
                                                :

         -v.-
                                                :     19 Civ. 10486 (ALC) (GWG)

SHANKAR RADJINDER, et al.,           :

          Defendants.               :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      The parties shall file the "Proposed Scheduling Order" required by Docket # 7 on or before Wednesday, March 11, 2020. The conference scheduled for Thursday, March 12, 2020, at 12:00 p.m. is changed to a <u>telephone</u> conference. At that and time, counsel for plaintiff is directed to place a call to the Court at (212) 805-4260 with all parties on the line.[1] Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the order.

      SO ORDERED.

Dated:  March 10, 2020
         New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge

---

[1] If the call is arranged through a commercial communications service, counsel arranging the call may telephone chambers at the time of the conference and inform chambers of the telephone number and access code that may be used to dial into the call. Only a toll-free service should be used.