USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 1, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
CHRISTIAN XAVIER REVELLO,

                    **Plaintiff,**                    19-cv-10486 (ALC)

                  -against-                    ORDER

SHANKAR RADJINDER ET AL,

                    **Defendant.**
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

On November 30, 2020, Defendants requested a pre-motion conference in anticipation of their motion for summary judgment. ECF No. 18. Plaintiff shall respond to Defendants' request by December 4, 2020.

**SO ORDERED.**

Dated:  December 1, 2020
         New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**