USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  May 13, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHRISTIAN XAVIER REVELLO,** | |
| Plaintiff, | |
| -against- | **19-cv-10486 (ALC) (GWG)** |
| **SHANKAR RADJINDER ET AL,** | **ORDER OF DISCONTINUANCE** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

Dated: May 13, 2021
New York, New York

*/s/ Andrew L. Carter*

**ANDREW L. CARTER, JR.**
**United States District Judge**